AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| Sherry Manufacturing Co., Inc. <br><br> *Plaintiff(s)* <br> v. <br> Yaakov Artzy, a/k/a Jacob Artzy; and Rhinestones & Tees's Inc., d/b/a Rhinestones & Tees <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:25-cv-22793-KMW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Yaakov Artzy
3201 NE 183rd Street, #501
Aventura, Florida 33160

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ury Fischer
Lott & Fischer PL,
255 Aragon Avenue, 3rd Floor,
Coral Gables, FL 33134
305-448-7089
ufischer@lottfischer.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date:  06/23/2025

Angela E. Noble
Clerk of Court

*s/ Clifford Charles*
Deputy Clerk
U.S. District Courts

**SUMMONS**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| Sherry Manufacturing Co., Inc. <br><br> *Plaintiff(s)* <br> v. <br> Yaakov Artzy, a/k/a Jacob Artzy; and Rhinestones & Tees's Inc., d/b/a Rhinestones & Tees <br><br> *Defendant(s)* | ))))))))))))) | Civil Action No. 1:25-cv-22793-KMW |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rhinestones & Tees
2080 NW 18th Avenue
Miami, Florida 33142

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Ury Fischer
Lott & Fischer PL,
255 Aragon Avenue, 3rd Floor,
Coral Gables, FL 33134
305-448-7089
ufischer@lottfischer.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date:  06/23/2025

Angela E. Noble
Clerk of Court

*s/ Clifford Charles*
Deputy Clerk
U.S. District Courts

SUMMONS